UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>      Plaintiff,<br><br>  v.<br><br>**Usama Ennabi**;<br>**Juliette U. Ennabi**;<br>**Sam & Sons**, a California Corporation; and Does 1-10,<br><br>      Defendants. | **Case No**. 5:18-CV-00828-RGK-SS<br><br>[~~Proposed~~] **Order Directing Clerk to Enter Judgment** |

Pursuant to Federal Rule of Procedure 68(a), the Clerk is directed to enter judgment consistent with the terms of the Offer of Judgment prepared and served by the Defendants and accepted by the Plaintiff.

The Court retains jurisdiction for the purpose of determining fees and costs and enforcement of the terms of the judgment.

Dated: November 11, 2019

By: /s/ Gary Klausner
Hon. R. Gary Klausner
United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff